UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DESTINY COUNTRYMAN,<br>　　　　　　　　Plaintiff,<br>v.<br>EQUIFAX, INC., EXPERIAN, and<br>TRANSUNION, LLC,<br>　　　　　　　　Defendants.<br>_____/ | Case No. 25-11765<br><br>David M. Lawson<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER GRANTING EXPERIAN'S MOTION TO JOIN TRANSUNION LLC'S MOTION TO DISMISS (ECF No. 24) AND EXTENDING RESPONSE DEADLINE**

On August 19, 2025, Defendant TransUnion, LLC, moved to dismiss the complaint. (ECF No. 21). The next day, Defendant Experian moved to join in TransUnion's motion. (ECF No. 24). Experian's motion is **GRANTED**. The Court and the parties will read TransUnion's motion to dismiss to apply equally to Experian.

Now that Experian is joined in TransUnion's motion, the Court will allow Plaintiff additional time to draft a response or responses to the motion to dismiss so that she can address the arguments as applied to both TransUnion and Experian. Plaintiff can choose to file one response brief for both Defendants or one response brief for each Defendant. If Plaintiff files one response brief to address both Defendants, that brief may be up to 35 pages long. Separate response briefs must

conform to the 25-page limit. The new response deadline is **September 26, 2025**. Replies are due within 14 days of service of the response.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: August 25, 2025                              s/Curtis Ivy, Jr.
                                                   Curtis Ivy, Jr.
                                                   United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on August 25, 2025.

s/Sara Krause
Case Manager
(810) 341-7850

3