UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESTINY COUNTRYMAN,

                    Plaintiff,                                 Case Number 25-11765

v.                                           Honorable David M. Lawson

                                               Magistrate Judge Curtis Ivy, Jr.

EQUIFAX, INC., EXPERIAN, and
TRANSUNION, LLC,

                    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING LEAVE TO AMEND COMPLAINT, DISMISSING
MOTION TO DISMISS AS MOOT AND WITHOUT PREJUDICE,
AND CONTINUING ORDER OF REFERENCE**

Presently before the Court is the report issued on February 17, 2026 by Magistrate Judge Curtis Ivy, Jr. pursuant to 28 U.S.C. § 636(b) regarding defendant Trans Union, LLC's motion to dismiss the complaint, which was joined by defendant Experian. The magistrate judge observed that the plaintiff's response to the motion to dismiss included new facts and attempted to clarify the allegations in her complaint. Considering the plaintiff's *pro se* status, the magistrate judge construed the response as a motion for leave to amend the complaint under Fed. R. Civ. P. 15(a)(2). The magistrate judge accordingly found that the plaintiff should be granted leave to amend the complaint to clarify and supplement her allegations and "should receive enough time as the District Judge deems necessary to submit an amended pleading." Finally, the report recommended that Trans Union's motion be dismissed as moot and without prejudice.

The deadline for filing objections to the report has passed, and no party has objected to the recommended disposition. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the

- 2 -

Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 33) is **ADOPTED** and leave to amend the complaint is **GRANTED**. The plaintiff may file an amended complaint **on or before March 26, 2026**.

It is further **ORDERED** that the motion to dismiss (ECF No. 21) is **DENIED AS MOOT AND WITHOUT PREJUDICE**.

It is further **ORDERED** that the order referring the case to the magistrate judge to conduct pretrial proceedings (ECF No. 9) is **CONTINUED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   March 4, 2026

- 2 -